| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | THOMAS A. COLTHURST (CABN 99493)<br>SUZANNE M. DeBERRY (CABN 259455) |
| 5 | Assistant United States Attorneys |

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: tom.colthurst@usdoj.gov
Suzanne.DeBerry2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CR-00552-EJD |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER FOR PRE-PLEA |
| v. | ) | CRIMINAL HISTORY CATEGORY REPORT |
| | ) | |
| PEDRO ESCOBAR, | ) | |
| Defendant. | ) | |

The defendant Pedro Escobar, represented by Michelle D. Spencer, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, appeared before the Court on July 8, 2011, and requested that the Court refers the matter to the U.S. Probation Office for preparation of a pre-plea criminal history category report. A written consent to the referral was signed by defendant Pedro Escobar and filed in court.

Based upon the representation of counsel and for good cause shown, the Court refers the matter to the U.S. Probation Office for preparation of a pre-plea criminal history category report

[Proposed] order
Case No. 09-CR-00552-EJD

1 | by July 22, 2011.
2 |
3 | _July 12, 2011_                                    _[signature] Edward J. Davila_
  | DATE                                               THE HONORABLE EDWARD J. DAVILA
4 |                                                    United States District Judge