MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
SUZANNE M. DeBERRY (CABN 259455)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: tom.colthurst@usdoj.gov
              Suzanne.DeBerry2@usdoj.gov

Attorneys for United States of America

**FILED**

JUL 18 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDRO ESCOBAR,<br><br>    Defendant. | No. 09-CR-00552-EJD<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SEVERING DEFENDANTS |

      The United States of America, by and through MELINDA HAAG, United States Attorney for the Northern District of California, Thomas A. Colthurst and Suzanne M. DeBerry, Assistant United States Attorneys for said District, and Pedro Escobar, by and through his counsel of record, Michelle D. Spencer, respectfully request that the case as to Pedro Escobar be severed from the case as to the other defendant who has not resolved his case, German Escobar. In support of this stipulation, the parties state the following:

      1.    On July 8, 2011, at the parties' request, the Court ordered that the Probation

Stipulation and [proposed] order
Case No. 09-CR-00552-EJD

Office prepare a criminal history only report on Pedro Escobar by July 22, 2011.

2. Counsel for Pedro Escobar advised counsel for the government that she had authorization from her client to seek a continuance of the August 22, 2011, trial date for Pedro Escobar because she was recently appointed to represent Mr. Escobar and needed additional time to prepare. She also advised that a severance would be in her client's interest because a joint trial would include firearms and immigration-related charges against German Escobar, resulting in possible prejudice to her client.

3. The parties submit that the proposed severance would promote the efficient administration of this case and the conservation of judicial resources. It would allow time to permit the possible resolution of the case against Pedro Escobar without a trial. Alternatively, it would allow time for his new defense counsel to effectively prepare for trial. At the same time the proposed severance would permit the other defendant and the government to proceed with a trial and a resolution of the case against that defendant.

SO STIPULATED:

Dated: July 8, 2011

/S/
THOMAS A. COLTHURST
SUZANNE M. DeBERRY
Assistant United States Attorneys

Dated: July 8, 2011

/S/
MICHELLE D. SPENCER, ESQ.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the case as to Pedro Escobar be severed from the case as to German Escobar.

DATED: 7/12/11

HONORABLE EDWARD J. DAVILA
United States District Judge

Stipulation and [proposed] order
Case No. 09-CR-00552-EJD         -2-