MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

Attorney for Pedro Escobar

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Case No. CR09-00552-EJD |
| v. | [~~PROPOSED~~] **ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE** |
| PEDRO ESCOBAR, Defendant. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the above-entitled case is assigned to the Honorable Jeremy Fogel, United States District Judge, for a settlement conference..

The parties shall contact Judge Fogel's Courtroom Deputy to schedule the settlement conference.

Date: July 28, 2011

_____
HON. EDWARD J. DAVILA
United States District Judge

Pedro Escobar-[Proposed] Order Re: Settlement Conference